CUYAHOGA COUNTY BAR ASSOCIATION *v.* JAYNES.

[Cite as *Cuyahoga Cty. Bar Assn. v. Jaynes* (1993), 66 Ohio St.3d 245.]

(No. 92-2163—Submitted January 6, 1993—Decided May 19, 1993.)

246

*Martha H. Krebs, Lester S. Potash* and *C. Terrence Kapp*, for relator.

*Per Curiam.* We concur in the findings of fact, conclusions of law, and recommendation of the board. In this case, the respondent is hereby indefinitely suspended from the practice of law in Ohio commencing from August 1, 1990. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.